# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD HALL JR.,                              : No. 54 EM 2022
                                             :
               Petitioner       :
                                             :
                                             :
      v.                               :
                                             :
                                             :
DISTRICT ATTORNEY'S OFFICE AND               :
PHILADELPHIA COUNTY COURT OF                 :
COMMON PLEAS,                                :
                                             :
             Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus/Motion to Amend Actual Gateway Innocence Claim" is DENIED.